UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**FLORIN POPOV, on his own behalf
and others similarly situated**

      **Plaintiff,**

**V.**                                                   **Case No: 2:12-cv-123-FtM-99SPC**

**GEORGE & SONS TOWING, INC.,
GEORGE MARTIN and DEBRA
MARTIN,**

      **Defendants.**
_____/

## ORDER

This matter comes before the Court on the Plaintiff, Florin Popov's Motion to Compel Answers to Interrogatories Numbers 8, 12, 13, and 15 and First Request for Production Number 28 (Doc. #28) filed on August 3, 2012. On July 25, 2012, the Court issued its FLSA Scheduling Order (Doc. # 27). In that Order, all discovery was stayed until the Court's interrogatories are answered and all production requested by the Court has been produced. Additionally, the Parties are required to meet and make a good faith effort to settle the case. Thus, any discovery issued prior to the Court's Scheduling Order is stayed pending the completion of all of the discovery and settlement negotiations delineated in that Order.

While the Parties filed a Case Management Report (Doc. # 18) on May 14, 2012, the deadlines are moot until the deadlines in the Court's FLSA Scheduling Order have expired and the discovery and settlement requirements contained within said Order have been completed. At that time, the Parties may file a new Amended Case Management Report.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Florin Popov's Motion to Compel Answers to Interrogatories Numbers 8, 12, 13, and 15 and Frist Request for Production Number 28 (Doc. #28) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record