UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

FLORIN POPOV, on his own behalf and
others similarly situated,

    Plaintiff,

v.                                      Case No. 2:12-cv-123-FtM-99SPC

GEORGE & SONS TOWING INC., a Florida
Corporation, GEORGE MARTIN, individually,
and DEBRA MARTIN, individually,

    Defendants.
_____/

**PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME
TO SUPPLEMENT INTERROGATORY RESPONSES**

Plaintiff, FLORIN POPOV, by and through the undersigned counsel, hereby moves for an Order extending the time for him to supplement his responses to Interrogatories 14 and 17, pursuant to this Court's Order [D.E. 56] and states as follows:

1.    On December 17, 2012, this Court granted, in part, Defendants' Motion to Compel Better Responses to First Set of Interrogatories. Pursuant to that Order, Plaintiff was required to supplement his responses to interrogatories 14 and 17 by January 7, 2013.

2.    Plaintiff's counsel respectfully requests an extension of time through and including January 18, 2013 to supplement the discovery responses because he just had a death in his family, and has to attend to family obligations as a result.

3.    Before filing the instant Motion, Plaintiff's counsel conferred with defense counsel, who advised there was no objection to the relief sought in the instant Motion.

WHEREFORE, Plaintiff prays that this Court will enter an Order granting him an extension of time through and including January 18, 2013 to supplement his responses to

1

Interrogatories 14 and 17, pursuant to this Court's Order on Defendants' Motion to Compel Better Responses to First Set of Interrogatories [D.E. 56], and granting any other relief the Court deems just.

Dated: January 7, 2013  
       Boca Raton, Florida

Respectfully submitted,

**s/CAMAR R. JONES**
Camar R. Jones
Florida Bar No. 720291
E-mail: cjones@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

**s/CAMAR R. JONES**
Camar R. Jones

**SERVICE LIST**
**Florin Popov v. George & Sons Towing, Inc., et al.**
**Case No. 2:12-cv-123-FtM-99SPC**
**United States District Court for the Middle District of Florida**

Chris Kleppin, Esq.
E-mail: ckleppin@gbkemploymentlaw.com
Kristopher W. Zinchiak, Esq.
E-mail: kzinchiak@gbkemploymentlaw.com
Glasser, Boreth & Kleppin
8751 W. Broward Blvd., Suite 105
Plantation, FL 33324
Tel. (954) 424-1933
Fax (954) 474-7405
Attorneys for Defendants