UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

FLORIN POPOV, on his own behalf and
others similarly situated,

    Plaintiff,

v.                                           Case No. 2:12-cv-123-FtM-99SPC

GEORGE & SONS TOWING INC., a Florida
Corporation, GEORGE MARTIN, individually,
and DEBRA MARTIN, individually,

    Defendants.
_____/

## PLAINTIFF'S *UNOPPOSED* MOTION FOR BRIEF ADDITIONAL EXTENSION OF TIME TO SUPPLEMENT INTERROGATORY RESPONSES

Plaintiff, FLORIN POPOV, by and through the undersigned counsel, hereby moves for an Order granting him a brief extension of the time for him to supplement his responses to Interrogatories 14 and 17, pursuant to this Court's Order [D.E. 56] and states as follows:

1.    On December 17, 2012, this Court granted, in part, Defendants' Motion to Compel Better Responses to First Set of Interrogatories. Pursuant to that Order, Plaintiff was required to supplement his responses to interrogatories 14 and 17 by January 7, 2013.

2.    Plaintiff previously requested and extension of time until today to supplement the interrogatory responses because he had a death in the family recently. [D.E. 60].

3.    Plaintiff is in need of another brief, one-day extension of time to serve the supplemental responses because he has been busy catching up on deadlines in this matter and other matters as a result of having to attend to family obligations last week and this week.

4.    Before filing the instant Motion, Plaintiff's counsel conferred with defense counsel, who advised there was no objection to the relief sought in the instant Motion.

1

WHEREFORE, Plaintiff prays that this Court will enter an Order granting him an extension of time through and including January 21, 2013 to supplement his responses to Interrogatories 14 and 17, pursuant to this Court's Order on Defendants' Motion to Compel Better Responses to First Set of Interrogatories [D.E. 56], and granting any other relief the Court deems just.

Dated: January 18, 2013  
Boca Raton, Florida

Respectfully submitted,

**s/CAMAR R. JONES**
Camar R. Jones
Florida Bar No. 720291
E-mail: cjones@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

**s/CAMAR R. JONES**
Camar R. Jones

**SERVICE LIST**
**Florin Popov v. George & Sons Towing, Inc., et al.**
**Case No. 2:12-cv-123-FtM-99SPC**
**United States District Court for the Middle District of Florida**

Chris Kleppin, Esq.
E-mail: ckleppin@gbkemploymentlaw.com
Kristopher W. Zinchiak, Esq.
E-mail: kzinchiak@gbkemploymentlaw.com
Glasser, Boreth & Kleppin
8751 W. Broward Blvd., Suite 105
Plantation, FL 33324
Tel. (954) 424-1933
Fax (954) 474-7405
Attorneys for Defendants